John Roclawski, appellee, v. Joseph Goszczynski, appellant.   Gen. No. 31,881.

Action for damages to automobile in collision.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1927.   Affirmed.   Opinion filed December 21, 1927.

E. R. Hartigan, for appellant.   Z. H. Kadow, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Peck & Hills Furniture Company, appellee, v. Harry Bresn, appellant.   Gen. No. 31,769.

Action for goods sold and delivered.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1927.   Affirmed.   Opinion filed December 21, 1927.

Teller, Levit, Silvertrust & Levi, for appellant.   Clithero, Osborn & Stevens, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Second Security National Bank of Chicago, appellee, v. M. L. Frank et al., on appeal of W. I. Denny, appellant.   Gen. No. 31,778.

Action on promissory note.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1927.   Affirmed.   Opinion filed December 21, 1927.

William R. Wiley, for appellant.   Townley, Wild, Campbell & Clark, for appellee; Charles V. Clark and Frederick D. Carroll, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

A. Weinraub, trading as Atlas Window Cleaning Company, appellee, v. Avery Brundage, appellant.   Gen. No. 31,801.

Assumpsit for work and materials furnished.   Judgment for plaintiff.   Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1927.   Affirmed.   Opinion filed December 21, 1927.

McNab, Holmes & Long, for appellant.   Samuel L. Golan, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Morris Ecker, appellee, v. Walter Levin, appellant.   Gen. No. 31,817.

Action for work done.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1927.   Affirmed.   Opinion filed December 21, 1927.

Slottow & Leviton, for appellant; Charles Leviton, of counsel. Harry A. Silverstein, for appellee; Grenville Beardsley, of counsel.

Mr. Justice Holdom delivered the opinion of the court.